COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:      Jennifer Ann Larkins-Ruby v. Sealy Independent School District

Appellate case number:   01-18-00746-CV

Trial court case number:  2015V-0134

Trial court:             155th District Court of Austin County

Appellant, Jennifer Ann Larkins-Ruby, has filed a notice of appeal of the trial court's judgment signed on August 14, 2018. A clerk's record filed in this Court on October 22, 2018, includes appellant's "Pauper's Oath" filed in the trial court. *See* TEX. R. CIV. P. 145(a), (b), (d). That clerk's record does not include any motion to require appellant to pay costs or any trial court order requiring appellant to pay costs. *See id.* 145(f).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* **TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.**

The trial court clerk is directed to prepare and file, with this Court and at no cost to appellant, a clerk's record, containing the items set out in Texas Rule of Appellate Procedure 34.5(a) and not included in the clerk's record filed on October 22, 2018. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 34.5(a), (b). **The clerk's record is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 35.3(c).

Judge's signature: ___/s/ Russell Lloyd_____
                    x  Acting individually     ☐ Acting for the Court

Date: __November 6, 2018___

1